# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Leslie Coley, | ) |
| | ) |
| Plaintiff, | ) Civil Action File No.: |
| | ) 1:16-cv-00860-AT-JKL |
| v. | ) |
| | ) |
| Stellar Recovery, Inc., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Leslie Coley, through his undersigned counsel, hereby dismisses this action against Defendant Stellar Recovery, Inc., with prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted this the 29th day of July, 2016.

                **BERRY & ASSOCIATES**

                */s/ Paul J. Sieg*
                Paul J. Sieg
                Georgia Bar No.: 334182
                psieg@mattberry.com
                2751 Buford Highway, Suite 600
                Atlanta, GA 30324
                Ph. (404) 235-3000
                Fax (404) 235-3333
                **Plaintiff's Attorney**

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2016, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.  I also served a copy of the foregoing document on Defendant via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

Alison N. Emery
Assurance Law Group
3731 Hendricks Avenue
Jacksonville, FL 32207
(904) 497-4904
alison@assurancelawgroup.com
**Attorney for Defendant Stellar Recovery, Inc.**



**BERRY & ASSOCIATES**

*/s/ Paul J. Sieg*
Paul J. Sieg
Georgia Bar No.: 334182
**Plaintiff's Attorney**